**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7455**

AALON SMITH,

Plaintiff - Appellant,

verus

VIRGINIA MEDICAL DEPARTMENT FOR THE DEPARTMENT
OF CORRECTIONS; PAGE TOUE, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-05-138-GBL)

Submitted:  November 17, 2005      Decided:  November 30, 2005

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aalon Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aalon Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to comply with the court's previous orders to particularize and amend the complaint and to inform the court whether he had exhausted his administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Va. Med. Dep't for Dep't of Corrs., No. CA-05-138-GBL (E.D. Va. filed Aug. 26, 2005 & entered Aug. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED